# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

JANE DOE,

          Plaintiff,

v.

AMATEUR ATHLETIC UNION OF THE
UNITED STATES, INC.; DANE COUNTY
DEPARTMENT OF HUMAN SERVICES;
STEPHEN BLUE; MADISON
METROPOLITAN SCHOOL DISTRICT; and
JOHN ROES 1-50

          Defendants.

Case Number  3:19-cv-00901

Judge  Peterson

## AMATEUR ATHLETIC UNION'S MOTION TO DISMISS

NOW COMES the Defendant, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC. ("AAU") by their attorneys, CASSIDAY SCHADE LLP, and moves this Court to dismiss all claims asserted against it with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) as being time-barred by the applicable statute of limitations.  The grounds for this Motion are fully set forth in the Brief in Support of Motion to Dismiss filed herewith.

WHEREFORE, the  AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC. by their attorneys, CASSIDAY SCHADE LLP, and moves this Court to dismiss all claims asserted against it with prejudice, award it costs and fees for having to defend against this claim which was clearly frivolous based on the applicable Statute of Limitations, and any other relief this court deems just.

Dated this 23rd day of April 2020.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: */s/John J. Reid*

John J. Reid
Wisconsin Bar No. 1057458
Attorney for Defendant, AMATEUR ATHLETIC UNION OF THE UNITED STATES, INC.

John J. Reid
Wis Bar No. 1057458
CASSIDAY SCHADE LLP
330 East Kilbourn Avenue, Suite 575
Milwaukee, WI 53202
(414) 224-1086
(414) 224-6044 – Fax
jreid@cassiday.com

9429644