IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JANE DOE,

    Plaintiff,

v.

                                                             Case No. 19-cv-901-jdp

AMATEUR ATHLETIC UNION OF
THE UNITED STATES, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Jane Doe's claims against defendant Amateur Athletic Union of the United States, Inc. for lack of jurisdiction.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 8/11/2020 |
| Peter Oppeneer, Clerk of Court | Date |